# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case Nos. 2023-0100 and 2023-0178, <u>In the Matter of Matthew Routhier and Kelly Routhier</u>, the court on May 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  See <u>Sup. Ct. R.</u> 20(2).  The petitioner, Matthew Routhier (husband), appeals an order of the Circuit Court (<u>Quigley</u>, J.), issued on remand following a new hearing, <u>see</u> <u>In the Matter of Routhier & Routhier</u>, 175 N.H. 6 (2022), dividing certain real property in his divorce from the respondent, Kelly Routhier (wife).  The husband argues that the trial court erred by: (1) failing to vacate and redistribute the entire marital estate; (2) failing to consider and issue express written findings with respect to the factors set forth in RSA 458:16-a, II (2018); (3) not deducting certain settlement costs and other improvements paid for by his parents before dividing his interest in the real property; and (4) ignoring the doctrine of promissory estoppel.

The wife cross-appeals the trial court's other order, issued on remand following a new hearing, with respect to child support.  She argues, among other things, that the trial court erred by: (1) failing to consider the parties' updated financial affidavits; (2) not ordering retroactive child support back to the date of the initial final decree; (3) deviating from the child support guidelines based on a miscalculation of the expenses incurred by the husband in exercising his parenting time; (4) considering the husband's legal fees in its child support analysis; and (5) denying her motion to change venue.

Based upon our review of the parties' written arguments, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned narrative orders, we conclude that neither party has demonstrated reversible error, and affirm the trial court's decisions.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

<b>Timothy A. Gudas,<br>Clerk</b>